```
 1  SMITH KRIVOSHEY, PC
    Yeremey O. Krivoshey (State Bar No. 295032)
 2  Brittany S. Scott (State Bar No. 327132)
 3  E-Mail:  yeremey@skclassactions.com
             brittany@skclassactions.com
 4
    166 Geary Street, Ste. 1500-1507
 5  San Francisco, CA 94108
 6  Phone: 415-839-7000
 7
    Attorneys for Plaintiff
 8  [Additional Counsel on Signature Page]
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WM WHOLESALE, LLC d/b/a CAKE BRAND,<br><br>and<br><br>AK FUTURES, LLC d/b/a CAKE BRAND, a Delaware limited liability company,<br><br>Defendants. | Case No. 8:24-cv-02553-RGK-JDE<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge: Hon. R. Gary Klausner |

**TO THE COURT AND COUNSEL OF RECORD FOR THE PARTIES:**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Josue Hernandez ("Plaintiff") hereby voluntarily dismisses ***without prejudice*** his claims against WM Wholesale, LLC d/b/a Cake Brand and AK Futures, LLC d/b/a Cake Brand.

Dated: September 18, 2025        By: /s/ *Yeremey O. Krivoshey*

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey
(State Bar No. 295032)
Brittany S. Scott
(State Bar No. 327132)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com
         brittany@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
Aleksandr "Sasha" Litvinov (State Bar No. 95598) (*pro hac vice*)
867 Boylston Street,
5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com
         sasha@skclassactions.com

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian (SBN 249203)
Pamela Prescott (SBN 328243)
245 Fischer Avenue Suite D1,
Costa Mesa, CA 92626
Phone: 949-612-9999
E-Mail: ak@kazlg.com

pamela@kazlg.com

*Attorneys for Plaintiff*